463 A.2d 56

Commonwealth v. Doughty, Appellant.

Petition for Allowance of Appeal
Denied Oct. 3, 1983.

Submitted December 7, 1982.   Brian R. Williams, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

463 A.2d 56

Commonwealth v. Drake, Appellant.

Submitted March 17, 1983.   James S. Bruno, for appellant;  Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Order affirmed.